AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Louis LUYTEN | ) | Case No. 7:18 mj 2296 |
| YOB:1938 | ) | |
| United States Citizen | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 04, 2018  in the county of  Hidalgo  in the

Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 | Knowingly and in reckless disregard of the fact that aliens who had entered the United States in violation of law, did enter into conspiracy with others unknown to transport aliens by means of a private aircraft in furtherance of such violation of law within the United States, this is, from a location in Weslaco, Texas, to another location in Houston, Texas |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by David A. Lindenmuth

11/6/18

_____
Complainant's signature

Shane Petrosky,  HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  11/6/2018 — 8:13a.m.

_____
Judge's signature

City and state:  McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
_Printed name and title_

ATTACHMENT A

On November 4, 2018, at approximately 6:15 PM, Homeland Security Investigations McAllen, Texas Special Agents observed a private aircraft taxiing for departure at the Mid-Valley Airport, Weslaco, Texas. The aircraft was observed being piloted by an individual matching the description of Louis LUYTEN who was previously identified as having a revoked pilot's license. HSI McAllen approached the aircraft and positively identified LUYTEN as the pilot. HSI McAllen questioned the four passengers traveling on the aircraft and determined they were all undocumented aliens with no legal right to be or remain in the United States. All individuals were transported to the HSI McAllen office to be interviewed.

During the interview, LUYTEN admitted knowing the individuals were illegally present in the United States and to being paid $3,000 to transport them to Houston, Texas. A search of LUYTEN's person revealed $3,000 in a bank envelope in his pants pocket. LUYTEN further admitted to transporting additional undocumented aliens on at least three previous occasions in the same manner in August 2018 and was paid $3,000 during each of those smuggling events. The four passengers were interviewed, and each admitted they were illegally present in the United States and each paid to be transported to Houston, Texas by aircraft.